# United States District Court

## for the

## Eastern District of Washington

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Terry L. Turner     Case Number: 2:13PO0006-001

Name of Sentencing Judicial Officer: The Honorable John T. Rodgers, U.S. Magistrate Judge

Date of Original Sentence: October 29, 2013     Type of Supervision: Probation

Original Offense: Unauthorized Introduction of an Alcoholic Beverage onto Veterans Affairs Property, 38 C.F.R. 1.218(a)(7)     Date Supervision Commenced: October 29, 2013

Original Sentence: 24 months probation     Date Supervision Expires: October 28, 2015

### PETITIONING THE COURT

To modify the conditions of supervision as follows:

18     You shall abstain from the use of illegal controlled substances, and shall submit to testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

### CAUSE

Due to information obtained through a substance abuse assessment, the treatment provider recommends that Mr. Turner submit to substance abuse testing as a part of the treatment he is participating in. This is to ensure that he is abstaining from controlled substances. Mr. Turner understands the purpose of this condition.

Respectfully submitted,

by     s/Cassie Lerch

Cassie Lerch
U.S. Probation Officer
Date: March 4, 2014

THE COURT ORDERS

[ ]     No Action
[ ]     The Extension of Supervision as Noted Above
[X]     The Modification of Conditions as Noted Above
[ ]     Other

_____
Signature of Judicial Officer

March 5, 2014

Date

# United States District Court

### Eastern District of Washington

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

      I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended.  By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel.  I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

      I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel.  I also agree to following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows:

18    You shall abstain from the use of illegal controlled substances, and shall submit to testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

Witness: _____    Signed: _____
                 Cassie Lerch                                      Terry Turner
              U.S. Probation Officer                   Probationer or Supervised Releasee

                                        3-3-14
                                        Date